1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11            Plaintiff,

12                 v.                        CR. NO. S-08-566 LKK

13   RANDALL LEE RAHAL,

14            Defendant.
   _____/
15   UNITED STATES OF AMERICA,

16            Plaintiff,

17                 v.                        CR. NO. S-09-034 LKK

18   ANTHONY RAY MANUEL,

19            Defendant.
   _____/
20   UNITED STATES OF AMERICA,

21            Plaintiff,

22                 v.                        CR. NO. S-09-040 LKK

23   JAMES RICHARD WAHL, JR.,

24            Defendant.
   _____/
25

26   ////

1  UNITED STATES OF AMERICA,

2           Plaintiff,

3               v.                          CR. NO. S-09-062 LKK

4  JENNIFER LOU DAHLMAN,

5           Defendant.
   _____/
6  UNITED STATES OF AMERICA,

7           Plaintiff,

8               v.                          CR. NO. S-09-145 LKK

9  ROBERT C. TURNER, JR.,

10          Defendant.
   _____/
11 UNITED STATES OF AMERICA,

12          Plaintiff,

13              v.                          CR. NO. S-09-351 LKK

14 JEFFREY SHERMAN BEASLEY,

15          Defendant.
   _____/
16 UNITED STATES OF AMERICA,

17          Plaintiff,

18              v.                          CR. NO. S-09-468 LKK

19 ALAN SCOTT HUEY,

20          Defendant.
   _____/
21 UNITED STATES OF AMERICA,

22          Plaintiff,

23              v.                          CR. NO. S-10-002 LKK

24 MICHAEL CHAVEZ,

25          Defendant.
   _____/
26

1 | UNITED STATES OF AMERICA,

2 |        Plaintiff,

3 |           v.                        CR. NO. S-10-059 LKK

4 | STEVEN JAMES KING,

5 |        Defendant.

                                      /

6 | UNITED STATES OF AMERICA,

7 |        Plaintiff,

8 |           v.                        CR. NO. S-10-061 GEB

9 | FREDERICK SCOTT SALYER,            **RELATED CASE ORDER**

10 |        Defendant.

                                        /

11 |

12 |      The United States has filed a notice of related cases arguing

13 | that United States of America v. Salyer, currently denominated No.

14 | 2:10-CR-0061-GEB, is related to nine other criminal cases presently

15 | before the undersigned.  Examination of the above matters reveals

16 | that they are related within the meaning of E.D. Cal. Local Rule

17 | 123 for the reasons set forth in the government's memorandum.

18 |      The parties should be aware that relating the cases under

19 | Local Rule 123 merely has the result that the actions are assigned

20 | to the same judge; no consolidation of the actions is effected.

21 | Under the regular practice of this court, related cases are

22 | generally assigned to the judge to whom the first filed action was

23 | assigned.

24 |      IT IS THEREFORE ORDERED that the action denominated No. 2:10-

25 | CR-0061-GEB is reassigned to Judge Lawrence K. Karlton for all

26 | further proceedings.  Henceforth the caption on all documents filed

1  in the reassigned case shall be shown as No. 2:10-CR-0061-LKK.

2      IT IS FURTHER ORDERED that the Clerk of the Court make

3  appropriate adjustment in the assignment of criminal cases to

4  compensate for this reassignment.

5      IT IS SO ORDERED.

6      DATED:  March 3, 2010.

7

8

9  _____
   LAWRENCE K. KARLTON

10  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26