UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM




Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                    RE:    Jennifer Lou DAHLMAN
                            Docket Number: 2:09CR00062-01
                            **REQUEST TO VACATE JUDGMENT AND**
                            **SENTENCE DATE/SCHEDULE STATUS DATE**

Your Honor:

Defendant Jennifer Lou Dahlman is scheduled for Judgment and Sentencing on November 30, 2010. However, both counsel have indicated defendant Dahlman's case will not proceed to sentencing until the related case of defendant Frederick Scott Salyer (2:10CR00061-01) has been resolved. This matter has yet to be set for trial and is pending further status on November 19, 2010.

Per agreement with the government and defendant's counsel, it is respectfully requested the Judgment and Sentencing date in this matter be vacated, and a status date scheduled for April 26, 2011. At that time, the matter can be continued for further status or, if the parties are ready, set for a Judgment and Sentencing date, along with a disclosure schedule for the presentence report.

                                          Respectfully submitted,

                                          LINDA O. DILLON
                                          United States Probation Officer

**REVIEWED BY:**                              
                              JEFFREY C. OESTREICHER
                              **Supervising United States Probation Officer**

RE: **Jennifer Lou DAHLMAN**
Docket Number:   2:09CR00062-01
**REQUEST TO VACATE JUDGMENT AND
SENTENCE DATE/SCHEDULE STATUS DATE**


Dated:      October 26, 2010
            Sacramento, California
            LOD/sca

Attachment(s)

cc:    Matthew Dean Segal
       Assistant United States Attorney

       Robert Donald Wilkinson
       Defense Counsel

AGREE: ✓                                         DISAGREE: _____

_____                         10/28/10
LAWRENCE K. KARLTON                               DATE
Senior United States District Judge