UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

          **RE:**   **Jennifer Lou DAHLMAN**
                **Docket Number:  2:09CR00062-01**
                <u>**REQUEST TO CONTINUE STATUS DATE**</u>

Your Honor:

It is respectfully requested the status date currently scheduled for April 26, 2011, be continued for further status to October 25, 2011.  All parties have been notified of the new date and were anticipating a continuance of this matter based upon the status of the primary related case.

                Respectfully submitted,

                      /s/
                **LINDA O. DILLON**
                **United States Probation Officer**

**REVIEWED BY:**       /s/
                      **JEFFREY C. OESTREICHER**
                      **Supervising United States Probation Officer**

Dated:      April 22, 2011
            Sacramento, California
            LOD/sda

cc:    Matthew D. Segal
      Assistant United States Attorney

      Robert D. Wilkinson
      Defense Counsel

**RE:    Jennifer Lou DAHLMAN**
       Docket Number:   2:09CR00062-01
       <u>REQUEST TO CONTINUE STATUS DATE</u>

AGREE:    ✔            DISAGREE: _____

*/s/ Lawrence K. Karlton*
_____    <u>April 22, 2011</u>
**LAWRENCE K. KARLTON**    DATE
Senior United States District Judge