1   Robert D. Wilkinson          #100478
    BAKER MANOCK & JENSEN, PC
2   5260 North Palm Avenue, Fourth Floor
    Fresno, California 93704
3   Telephone: 559.432.5400
    Facsimile: 559.432.5620
4

5   Attorneys for   JENNIFER LOU DAHLMAN

6

7

8                          UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11  UNITED STATES,                          CASE No. 2:09-CR-00062 LKK

12            Plaintiff,                     **STIPULATION AND  ORDER
                                             CONTINUING STATUS CONFERENCE**
13        v.
                                             Date:  October 16, 2012
14  JENNIFER LOU DAHLMAN,                    Time:  9:15 a.m.
                                             Judge:  Hon. Lawrence K. Karlton
15            Defendant.

16

17          The parties hereto, through authorized counsel, hereby stipulate that the status

18  conference currently set for October 16, 2012, at 9:15 a.m., be continued for further status

19  conference to January 23, 2013, at 9:15 a.m., or until a date and time thereafter convenient for the

20  Court.

21          DATED:  October 11, 2012          Benjamin B. Wagner
                                              United States Attorney
22
                                              By /s/ Matthew D. Segal
23                                            Matthew D. Segal
                                              Assistant U.S. Attorney
24                                            Attorneys for Plaintiff UNITED STATES OF
                                              AMERICA
25

26  / / /

27  / / /

28  / / /

1189892v1 / 16440.0001

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1         DATED:  October 11, 2012         BAKER MANOCK & JENSEN, PC

2

3                                           By:  /s/ Robert D. Wilkinson

                                          Robert D. Wilkinson

4                                           Attorneys for Defendant JENNIFER LOU

                                          DAHLMAN

5

6                                     **ORDER**

7         that the status conference currently set for October 16, 2012, at 9:15 a.m., be

8 continued to  January 23, 2013, at 9:15 a.m.

9                 DATED:  October 15, 2012

10

11                                       LAWRENCE K. KARLTON

                                      SENIOR JUDGE

12                                       UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28