Robert D. Wilkinson         #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   JENNIFER LOU DAHLMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>  v.<br><br>JENNIFER LOU DAHLMAN,<br><br>    Defendant. | CASE No. 2:09-CR-00062 LKK<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING**<br><br>Date:  August 13, 2013<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

WHEREAS the Draft Advisory Guideline Presentence Investigation Report ("PSR") raises complex issues regarding the application of the U.S. Sentencing Guidelines and the Mandatory Victim Restitution Act; and

WHEREAS the issues related to restitution in this matter are related to the issues of restitution which are currently under consideration in *United States v. Frederick Scott Salyer,* Case No. 2:10-CR-00061-LKK (*"Salyer* matter"); and

WHEREAS the resolution of the issues related to restitution in the *Salyer* matter may provide guidance to the parties and the Court in this matter;

The parties hereto, through authorized counsel, hereby stipulate that the sentencing hearing currently set for August 13, 2013, at 9:15 a.m., be continued to February 19, 2014, at 9:15 a.m., or until a date and time thereafter convenient for the Court, and that submission of counsels'

1291144v1 / 16440.0001

STIPULATION AND  ORDER CONTINUING SENTENCING HEARING

1 objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later
2 than January 20, 2014, the PSR shall be filed with the Court and disclosed to counsel no later than
3 January 27, 2014, any motion for correction of the PSR shall be filed and served no later than
4 February 3, 2014, and any reply to such motion or a statement of non-opposition shall be filed and
5 served no later than February 10, 2014.

DATED:  July 19, 2013          Benjamin B. Wagner
                                United States Attorney

                                By: /s/ Matthew D. Segal
                                Matthew D. Segal
                                Assistant U.S. Attorney
                                Attorneys for Plaintiff UNITED STATES OF
                                AMERICA

DATED:  July 19, 2013          BAKER MANOCK & JENSEN, PC


                                By: /s/ Robert D. Wilkinson
                                Robert D. Wilkinson
                                Attorneys for Defendant JENNIFER LOU
                                DAHLMAN

**ORDER**

Good cause appearing therefore, it is hereby ORDERED that the sentencing hearing currently set for August 13, 2013, at 9:15 a.m., be continued to **February 19, 2014**, at 9:15 a.m., and that submission of counsels' objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than January 20, 2014, the PSR shall be filed with the Court and disclosed to counsel no later than January 27, 2014, any motion for correction of the PSR shall be filed and served no later than February 3, 2014, and any reply to such motion or a statement of non-opposition shall be filed and served no later than February 10, 2014.

DATED:  July 19, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT