Robert D. Wilkinson           #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   JENNIFER LOU DAHLMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>         Plaintiff,<br><br>    v.<br><br>JENNIFER LOU DAHLMAN,<br><br>         Defendant. | CASE No. 2:09-CR-00062 LKK<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING**<br><br>Date:  February 19, 2014<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

WHEREAS the Advisory Guideline Presentence Investigation Report ("PSR") raises complex issues regarding the application of the U.S. Sentencing Guidelines and the Mandatory Victim Restitution Act; and

WHEREAS in the past the parties have continued the sentencing hearing in this matter waiting for a decision related to issues of restitution that are currently under consideration in the related case of *United States v. Frederick Scott Salyer,* Case No. 2:10-CR-00061-LKK (*"Salyer* matter"); and

WHEREAS the United States now prefers closure in this case and is prepared to move forward with the sentencing;

WHEREAS defense counsel has urgent family responsibilities in regard to his 97 year old father-in-law and, separately, in regard to his 90 year old mother that keep him from being able to prepare and file a formal objections to the PSR's and sentencing memorandums in

this case and in the case of *United States v. James Richard Wahl, Jr.,* Case No. 2:09-CR-00040 LKK, also pending before this court, by the current due date of February 3, 2014;

The parties hereto, through authorized counsel, hereby stipulate that the sentencing hearing currently set for February 19, 2014, at 9:15 a.m., be continued to April 1, 2014, at 9:15 a.m., or until a date and time thereafter convenient for the Court, and that any motion for correction of the PSR shall be filed and served no later than March 18, 2014, and any reply to such motion or a statement of non-opposition shall be filed and served no later than March 25, 2014. Furthermore, the defendant and defense counsel acknowledge the United States will oppose any further continuance of the sentencing hearing in this matter.

DATED:  January 31, 2014      Benjamin B. Wagner
                              United States Attorney

                              By:/s/ Matthew D. Segal
                              Matthew D. Segal
                              Assistant U.S. Attorney
                              Attorneys for Plaintiff UNITED STATES OF AMERICA

DATED:  January 31, 2014      BAKER MANOCK & JENSEN, PC

                              By:/s/ Robert D. Wilkinson
                              Robert D. Wilkinson
                              Attorneys for Defendant JENNIFER LOU DAHLMAN

## ORDER

Good cause appearing therefore, it is hereby ORDERED that the sentencing hearing currently set for February 19, 2014, at 9:15 a.m., be continued to April 1, 2014, at 9:15 a.m., and that any motion for correction of the PSR shall be filed and served no later than March 18, 2014, and any reply to such motion or a statement of non-opposition shall be filed and served no later than March 25, 2014.

DATED:   February 5, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT